| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Rawsthorne<br>Special Agent: Thompson, FBI | Telephone: (810) 766-5177<br>Telephone: (810) 239-5775 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

v.

Ranson Daniel Gregor,

Case: 4:25-mj-30072
Judge: Ivy, Curtis
Filed: 02-14-2025

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 25, 2024__ in the county of __Lapeer__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | sexual exploitation of a minor |
| 18 U.S.C. § 2252A(a)(5) | possession of child pornography |

This criminal complaint is based on these facts:

There is probable cause to believe that on or about September 25, 2024, in the Eastern District of Michigan, Ranson Gregor, violated 18 U.S.C. § 2251(a)(sexual exploitation of a minor) & 18 U.S.C. § 2252A(a)(5)(possession of child pornography).

☑ Continued on the attached sheet.

_____
Complainant's signature

Justin Thompson, Special Agent, FBI
_____
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: February 14, 2025

_____
Judge's signature

City and state: Flint, MI

Hon. Curtis Ivy, Jr.,  United States Magistrate Judge
_____
Printed name and title

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A CRIMINAL COMPLAINT
# AND ARREST WARRANT

I, Justin M. Thompson, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ). I have been so employed since March 2024. I am currently assigned to the FBI's Detroit Division, Flint Resident Agency (FLRA) as a member of the Northeast Michigan Trafficking and Exploitation Crimes Task Force (NEMTEC) which is a Federal Bureau of Investigation (FBI) managed task force. It is tasked with addressing Crimes Against Children and Human Trafficking threats in coordination and cooperation with its local and state partners. I was previously employee as a police officer for Livonia Police Department for eleven years. During my previous employment, I was assigned and investigated numerous criminal cases including investigations involving child victims. As part of my employment, I have received training in and been involved in investigations regarding human trafficking, exploitation of children, drug trafficking, money laundering, threats, financial crimes, crimes involving gang related activities, child pornography and other violations of federal law. I have been involved with several investigations regarding child pornography and the

1

exploitation of children through the internet. I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Ranson Daniel Gregor for violations of 18 U.S.C. § 2251(a), relating to sexual exploitation of a minor, 18 U.S.C. § 2252A(a)(2), and 18 U.S.C. § 2252A(a)(5), relating to possession of child pornography.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant.

## Probable Cause

4. On December 23, 2024, Witness One reported to the FBI that her ten-year-old daughter, Minor Victim (MV), was the victim of online sexual exploitation. While checking MV's cell phone, Witness One discovered the Discord application. Witness One opened the Discord application and identified a text conversation

between MV and Discord user claire08XXXX that began on September 25, 2024. Within the Discord conversation, Witness One discovered that claire08XXXX was offering MV "Zems" (an in-game currency for the video game Zepeto) in exchange for child pornography. Within the conversation, claire08XXXX directed MV on what they wanted to see in the child pornography videos, including body position and digital penetration of her vagina. Witness One also told the FBI that MV stated that claire08XXXX told MV if she told anyone her family would get hurt.

5. Witness One provided the FBI MV's cell phone and tablet to search with her consent. FBI downloaded MV's devices and saved the content as evidence. The content recovered on MV's tablet device revealed 51 self-produced CSAM videos that depict MV masturbating and exposing her genitals to the camera. The content recovered from MV's cell phone revealed the Discord conversation between MV and claire08XXXX. A review of the Discord conversation corroborated Witness One's initial FBI report showing that claire08XXXX enticed MV to produce child pornography and share the child pornography in exchange for "Zems." Within the conversation, claire08XXXX instructs MV what type of sexual acts they would like to view and incentivizes riskier sexual behavior, including bestiality. At claire08XXXX's direction, MV made 41 CSAM files and sent them to claire08XXXX using the internet.

3

6. FBI San Francisco served an administrative subpoena to Discord for user, claire08XXXX. The records from Discord provided the registered email address of ranson.gregor1@*****.com. The registration IP address provided by Discord for claire08XXXX was 174.210.239.159, which was registered on July 26, 2024, and returned to the area of Lansing, Michigan. The most recent recorded IP address for the account was 98.97.0.23 and registered on December 31, 2024, which resolved to Space X Service (Starlink).

7. FBI San Francisco served an administrative subpoena to Google for email address, ranson.gregor1@*****.com. The records from Google provided registered name Ranson Gregor. The records provided a recovery phone number of 810-969-XXXX and a recovery email address of ranson.gregor@Business-1.com. The terms of service IP Address registered to ranson.gregor1@*****.com was 74.204.120.228 and returned to Business-1, located in Kentwood, Michigan.

8. A search of Clemis, a law enforcement database, for Ranson Gregor showed a "Ranson Daniel Gregor," (DOB: XX-XX-1985), with a registered address of XXXX ***** Lane, Metamora, Michigan with a listed phone number of 810-969-XXXX.

9. A search for Ranson Gregor through the Michigan Department of Health and Human Services (MDHHS) revealed that he is currently employed at

4

Business-1, located at XXX ***** Road, Auburn Hills, Michigan as a project manager. MDHHS also lists Gregor's home address as XXXX ***** Lane, Metamora, Michigan.

10. On February 13, 2025, law enforcement conducted surveillance at XXXX ***** Lane, Metamora, in the Eastern District of Michigan. Beforehand, law enforcement searched for Ranson Gregor in the Michigan Secretary of State database, which provided his physical description, driver's license photograph, and listed his registered address as XXXX ***** Lane, Metamora, Michigan. The FBI additionally located photographs of Gregor through social media, which matched Gregor's driver's license photograph. During surveillance, the FBI observed an individual matching the physical description of Gregor standing in front of the residence and shoveling snow off the driveway.

11. On February 13, 2025, a federal search warrant was issued for Gregor's residence and for Gregor's person. On February 14, 2025, at approximately 06:00 a.m., FBI agents executed the federal search warrant at the residence and found Gregor inside. Under the search warrant, agents seized one cellular telephone from Gregor's person, a laptop computer, desktop computer, and two flash drives. Agents previewed Gregor's cell phone, which revealed the Discord application was installed on it as well as the Google account ranson.gregor1@*****.com. Gregor's

5

cell phone also had images fitting the definition of child pornography, displaying a girl believed to be approximately thirteen years old.

12. I interviewed Gregor while on scene. After being advised of his *Miranda* right*s*, Gregor identified his telephone number as 810-969-XXXX. Gregor's email address was ranson.gregor1@*****.com. Gregor uses Starlink Satellite Internet as his internet service provider. Gregor is currently employed by Business-1. Gregor confirmed he installed the Discord Application on his cell phone approximately one year ago. Gregor could not recall his Discord username. Gregor was familiar with the game Zepeto, but does not play it. At this point, I showed Gregor the image of the Discord user account "claire08XXXX" and the corresponding profile picture. Gregor then requested an attorney, and I ended the interview.

13. I conducted an interview of Gregor's Wife on scene. The only individuals who live in the residence are her, Gregor, and their minor children.

14. Based on the aforementioned facts, there is probable cause to believe that Ranson Gregor committed violations of sexual exploitation of a minor, 18 U.S.C. § 2252A(a)(2) and 18 U.S.C. § 2252A(a)(5), relating to possession of child pornography on September 25, 2024.

Justin M. Thompson
Special Agent

Sworn to before me and signed in my presenceand/or by reliable electronic means on February 14, 2025.

Curtis Ivy, Jr.
United States Magistrate Judge